UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL INDUSTRIES, a California General Partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>SK IMPORT, INC., a Georgia Corporation, SEONG K. KIM, an individual and DOES 2 - 10,<br><br>    Defendants. | CASE No. CV13-03672 BRO (CWx)<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Based upon the Stipulation signed by counsel for Plaintiff American International Industries, Inc., ("AII") and counsel for Defendants SK Import, Inc. and Seong K. Kim ("Defendants") for a Final Judgment in this action, the Court enters this Final Judgment and Permanent Injunction prohibiting Defendants from infringing Plaintiff's intellectual property, including the federally registered trademarks listed in Attachment A (the "AII Trademarks") and the trade dress used on AII's Ardell line of artificial eyelash products (the "Ardell Trade Dress"), as part of a comprehensive settlement.

Therefore, IT IS ORDERED that:

1. Defendants SK Import, Inc. and Seong K. Kim, their owners, officers, agents, servants, employees, and all those in active concert or participation with any of them, are permanently restrained and enjoined from doing any of the following anywhere in the world:

   a. Acquiring, purchasing, manufacturing, marketing, storing, transporting, distributing, dealing in, hypothecating, offering for sale or selling, directly or indirectly, of any beauty product, materials or packaging therefor, including but not limited to artificial eyelash products, that bears any AII Trademark used for personal care products, where that AII Trademark is valid.

   b. Acquiring, purchasing, manufacturing, marketing, storing, transporting, distributing, dealing in, hypothecating, offering for sale or selling, directly or indirectly, of any beauty product, materials or packaging therefor, including but not limited to artificial eyelash products, that has one or more of the following features: (i) the distinctive stylized font as used for the word "Ardell" or (ii) the angled gaze of a single eye placed prominently in the corner of the packaging.

   c. Using or otherwise infringing AII Trademarks or the Ardell Trade Dress.

   d. Causing, directing, soliciting, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (a) through (c).

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement of the Parties and the Permanent Injunction in this Judgment.

3. All claims are dismissed with prejudice.

1     4.    Final Judgment is hereby entered, with each party responsible for its own costs.

**IT IS SO ORDERED.**

Dated:  October 2, 2013

By: _____
    HON. BEVERLY REID O'CONNELL
    United States District Court Judge

## Attachment A

| Mark | U.S. App. No. or Reg. No. | Type of Goods |
|---|---|---|
| 10-Speed | Reg. 2940811 | Personal Care Products |
| 5 Second | Reg. 1,777,595 | Personal Care Products |
| 7 Days to Beautiful Hands | Reg. 3138073 | Personal Care Products |
| Andrea | Reg. 2,138,147 | Personal Care Products |
| Ardell | Reg. 3549146 | Personal Care Products |
| Barezilian | App. 85842981 | Personal Care Products |
| Blue Waltz | Reg. 2,507,261 | Personal Care Products |
| Body Drench | Reg. 1,607,079 | Personal Care Products |
| Builder Gel | Reg. 1,699,976 | Personal Care Products |
| Bye Bye Blemish | Reg. 2,638,419 | Personal Care Products |
| C9 (design) | Reg. 3465716 | Personal Care Products |
| Callus Away | Reg. 2,775,609 | Personal Care Products |
| Callus Eliminator | Reg. 2,838,855 | Personal Care Products |
| Callus Off | Reg. 2,990,471 | Personal Care Products |
| Celebrity Eyes | Reg. 4102656 | Personal Care Products |
| Ceramic Glaze | Reg. 780711 | Personal Care Products |
| China Glaze | Reg. 1,970,520 | Personal Care Products |
| China Glaze (& design) | Reg. 2,701,258 | Personal Care Products |
| Citra | Reg. 3632574 | Personal Care Products |
| Clean+Easy | Reg. 1,434,565 | Personal Care Products |
| Clear Perfection | Reg. 2,514,722 | Personal Care Products |
| Clubman | Reg. 1,990,012 | Personal Care Products |
| Color Out | Reg. 1,945,258 | Personal Care Products |
| Colour Off | Reg. 2,924,535 | Personal Care Products |
| Correctionist | Reg. 2,911,806 | Personal Care Products |
| Cuticle Eliminator | Reg. 2,675,110 | Personal Care Products |
| Dare To Be Bare | Reg, 3,248,899 | Personal Care Products |
| DUO | Reg. 3,267,613 | Personal Care Products |
| Duo | Reg. 520,283 | Personal Care Products |
| DuraLash | Reg. 958,213 | Personal Care Products |
| Egyptian Henna | Reg. 552,557 | Personal Care Products |
| Eye-Q's | Reg. 2,543,959 | Personal Care Products |
| EZFlow | Reg. 2,893,342 | Personal Care Products |
| EZFlow logo (Butterfly | Reg. 2,980,763 | Personal Care Products |

## Attachment A

| Mark | U.S. App. No. or Reg. No. | Type of Goods |
|---|---:|---|
| design only) | | |
| EzFlow Nail Systems | Reg. 2,812,823 | Personal Care Products |
| Face Q'S | Reg. 2,463,620 | Personal Care Products |
| Fashion Lashes | Reg. 2,773,668 | Personal Care Products |
| Firmoxyl-BC | Reg. 3,007,967 | Personal Care Products |
| Fright Night | Reg. 2,925,248 | Personal Care Products |
| Frutique | Reg. 4039279 | Personal Care Products |
| Gel It | Reg. 2,918,202 | Personal Care Products |
| Gelac | Reg. 4035828 | Personal Care Products |
| Gelac (Stylized) | Reg. 4042896 | Personal Care Products |
| Gelez | Reg. 4036126 | Personal Care Products |
| Gelez (Butterfly Logo) | Reg. 4036135 | Personal Care Products |
| Gena | Reg. 1,621,862 | Personal Care Products |
| Gigi | Reg. 1,293,728 | Personal Care Products |
| Gigi | Reg. 1,654,145 | Personal Care Products |
| Gigi Honee | Reg. 1,653,411 | Personal Care Products |
| Glamour Cap | Reg. 1,124,075 | Personal Care Products |
| Gypsy Lashes | Reg. 2,511,530 | Personal Care Products |
| Honee | Reg. 2,117,210 | Personal Care Products |
| Hoofer's Choice | Reg. 2,691,120 | Personal Care Products |
| Hydration Therapy | Reg. 2984333 | Personal Care Products |
| IBD | Reg. 1,810,397 | Personal Care Products |
| IBD | Reg. 2,581,354 | Personal Care Products |
| Jeris | Reg. 3689346 | Personal Care Products |
| Just Gel | App. 85842972 | Personal Care Products |
| Keep It Bare | Reg. 2,918,212 | Personal Care Products |
| LashFree | Reg. 957,444 | Personal Care Products |
| LashGrip | Reg. 1,824,051 | Personal Care Products |
| Lashlites | Reg. 1,173,830 | Personal Care Products |
| LashMagic | Reg. 3,433,196 | Personal Care Products |
| LashTite | Reg. 961,571 | Personal Care Products |
| Lilac Vegetal | Reg. 1,236,976 | Personal Care Products |
| Lilas de France (design) | Reg. 248,948 | Personal Care Products |
| L'Orbette | Reg. 1,192,936 | Personal Care Products |

## Attachment A

| Mark | U.S. App. No. or Reg. No. | Type of Goods |
|---|---|---|
| Magic Lash | Reg. 3,671,061 | Personal Care Products |
| Micro Tweeze | Reg. 1,941,221 | Personal Care Products |
| MOD | Reg. 2,415,433 | Personal Care Products |
| N RAGE | Reg. 2,425,247 | Personal Care Products |
| Nail Brite | Reg. 3,317,052 | Personal Care Products |
| Nail People, The | Reg: 3,319,612 | Personal Care Products |
| Nail Tek | Reg. 2761244 | Personal Care Products |
| Nailtech | Reg. 1412068 | Personal Care Products |
| Never Chip | Reg. 1,556,397 | Personal Care Products |
| Nick Safe | Reg. 1,973,416 | Personal Care Products |
| No Tweeze | Reg. 607,130 | Personal Care Products |
| One Touch | Reg. 1,241,828 | Personal Care Products |
| One Touch | Reg. 1,481,296 | Personal Care Products |
| Ooh La Lash | App. 85833077 | Personal Care Products |
| Pedi Scrub | Reg. 1,429,774 | Personal Care Products |
| Pedi Septic | Reg. 1,430,836 | Personal Care Products |
| Pedi Soak | Reg. 1,488,067 | Personal Care Products |
| Pedi Soft | Reg. 1,430,806 | Personal Care Products |
| Perma-Lash | Reg. 1,161,572 | Personal Care Products |
| Pinaud | Reg. 1,791,199 | Personal Care Products |
| Poshe | Reg. 1979279 | Personal Care Products |
| Poshe face logo | Reg. 3429488 | Personal Care Products |
| Progel | App. 85842976 | Personal Care Products |
| Prolinc | Reg. 4,335,002 | Personal Care Products |
| Purist | Reg. 1,487,329 | Personal Care Products |
| Redi-Lash | Reg. 4103000 | Personal Care Products |
| Salon Perfect | Reg. 3810736 | Personal Care Products |
| Scream Queen | Reg. 3810334 | Personal Care Products |
| Seche | Reg. 1,998,031 | Personal Care Products |
| Slow Grow | Reg. 2,761,910 | Personal Care Products |
| So Easy | Reg. 4119396 | Personal Care Products |
| Speed Wax | Reg. 2854030 | Personal Care Products |
| Speed Waxer | Reg. 3,352,976 | Personal Care Products |
| Stick It | Reg. 1,285,718 | Personal Care Products |

## Attachment A

| Mark | U.S. App. No. or Reg. No. | Type of Goods |
|---|---|---|
| Streaks n' Tips | Reg. 2,017,365 | Personal Care Products |
| SuperNail | Reg. 1,043,223 | Personal Care Products |
| Surf Life | App. 85883175 | Personal Care Products |
| Surgi Care | Reg. 3739274 | Personal Care Products |
| Surgi-Cream | Reg. 758,206 | Personal Care Products |
| Surgi-Wax | Reg. 1,995,232 | Personal Care Products |
| The Finisher | Reg. 2958298 | Personal Care Products |
| Thermal Spa | Reg. 2320271 | Personal Care Products |
| Thermal Spa | Reg. 2845099 | Personal Care Products |
| Three Flowers | Reg. 1,642,544 | Personal Care Products |
| Tres Flores | Reg. 4049393 | Personal Care Products |
| Trugel | App. 85842965 | Personal Care Products |
| Tweeze-Free | Reg. 2,954,720 | Personal Care Products |
| Water Works | Reg. 1,941,789 | Personal Care Products |
| Woltra | Reg. 1,860,614 | Personal Care Products |
| Woody's | Reg. 3748884 | Personal Care Products |
| Woody's Quality Grooming | Reg. 2,870,834 | Personal Care Products |
| Woody's surfer design | Reg. 3,289,920 | Personal Care Products |
| Youthair | Reg. 555,643 | Personal Care Products |